IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| STEPHEN FICCHI, D.O., PC/ <br> INNOVATIVE HEALTHCARE SERVICES, <br> <br> Plaintiff, <br> <br> v. <br> <br> GENERAL CASUALTY/BLUE RIDGE <br> INSURANCE COMPANY <br> <br> Defendant. | CIVIL ACTION <br> <br> <br> <br> <br> NO. 02-3206 |

## **SCHEDULING ORDER**

AND NOW, this 19th day of July, 2002, after a telephone conference with counsel, it is hereby ORDERED that:

1. the parties shall exchange the initial disclosures required by Rule 26(a)(1) starting July 19, 2002;

2. all fact discovery shall be completed by December 19, 2002;

3. the parties shall identify experts, if any, and exchange expert reports within the time allotted for fact discovery which shall be completed by December 19, 2002;

4. dispositive motions, if any, shall be filed by the parties on or before January 6, 2003;

5. if dispositive motions are not filed, counsels' Joint Pretrial Order shall be filed on or before January 20, 2003 and the case shall be placed in the Court's trial pool, subject to the rules published in the Legal Intelligencer, on January 20, 2003.  If dispositive motions are

filed, the Joint Pretrial Order is due within fourteen (14) days after the Court's disposition of the motions, and the case will be placed in the Court's trial pool fourteen (14) days after the Court's disposition of the motions; and

      6.    proposed changes to the foregoing schedule shall be considered by written motion only.

BY THE COURT:

_____

Robert F. Kelly,            Sr. J.