IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN FICCHI, D.O., P.C./ | : | CIVIL ACTION |
| INNOVATIVE HEALTH SERVICES | : | |
| | : | |
| vs. | : | |
| | : | |
| GENERAL CASUALTY/BLUE RIDGE | : | NO. 02-3206 |
| INSURANCE COMPANY | : | |

## O R D E R

**AND NOW**, December 19, 2002, defendant's motion for leave to allow additional interrogatories and response to plaintiff's reply to defendant's motion to compel written discovery and plaintiff's deposition, (document no. 7) is hereby **GRANTED**.

BY THE COURT:

ROBERT F. KELLY,     Sr. J.