IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN FICCHI, D.O., P.C./ | : | CIVIL ACTION |
| INNOVATIVE HEALTH SERVICES | : | |
| | : | |
| vs. | : | |
| | : | |
| GENERAL CASUALTY/BLUE RIDGE | : | NO. 02-3206 |
| INSURANCE COMPANY | : | |

**O R D E R**

**AND NOW**, this  4th  day of February, 2003, upon consideration of the defendant's "Motion for Contempt and Sanctions" it is hereby **ORDERED** that a hearing will be held on that Motion on   Feb. 11  , 2003 at  9:00 A.M.   in Courtroom 11B.  At that time the court will consider the relief requested by the defendant as well as other possible sanctions.

BY THE COURT:


_____
ROBERT F. KELLY,     Sr. J.