## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| STEPHEN FICCHI, D.O., PC/ INNOVATIVE HEALTHCARE SERVICES, | : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | NO. 02-3206 |
| GENERAL CASUALTY/BLUE RIDGE INSURANCE COMPANY | : : : | |
| Defendant. | : : | |

## ORDER

AND NOW, this 18th day of March 2003, upon consideration of the Plaintiff's

Motion for Reconsideration of this Court's February 11, 2003 Order (Doc No. 13), and after a

telephone conference with counsel, it is hereby ORDERED that:

1.      the Motion for Reconsideration is GRANTED and this Court's February

11, 2003 Order is VACATED;

2.      within ten (10) days of the date of this Order, the Plaintiff shall supply all

of the relevant documents within his possession to the Defendant, or certify that he has

previously supplied all of the documents; and

3.      within thirty (30) days of the date of this Order, the parties shall schedule

and take the deposition of the Plaintiff, Stephen Ficchi.


BY THE COURT:


_____

Robert F. Kelly,                                Sr. J.